**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

FRANK CORDOVA, as Administrator
of the Estate of ANTONIO CORDOVA,

      Plaintiff,

vs.                                                                                      No. CIV 00-273 JC/RLP

WAYNE LARSEN, R. POLO,
B. SALAZAR, L. URIOSTE,
T. DRENNAN, R. MCNUTT, A. BRIGGS,
SANTOS BACA, TRUMAN WOODS,
CITY OF ALBUQUERQUE,
COUNTY OF BERNALILLO,
STATE OF NEW MEXICO,

      Defendants.

**MEMORANDUM OPINION AND ORDER**

      THIS MATTER came on for consideration of County Defendants' Motion for Reconsideration of Court's Order Dated May 11, 2001 Remanding This Matter to State Court, filed May 17, 2001 *(Doc. # 35)*.  The Court has reviewed the motions, the memoranda submitted by the parties, and the relevant authorities.  County Defendants have failed to raise any issues that would warrant this Court changing its previous decision.  Thus, the Court finds that County Defendants' motion is not well taken and will be denied.

Wherefore,

**IT IS ORDERED** that County Defendants' Motion for Reconsideration of Court's Order Dated May11, 2001 Remanding This Matter to State Court, filed May 17, 2001 *(Doc. # 35)* is **denied**.

DATED July 27, 2001.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE

Counsel for Plaintiff:

    Lauro D. Silva, Esq.
    Albuquerque, New Mexico

    Narciso Garcia, Jr., Esq.
    Albuquerque, New Mexico

Counsel for Defendants:

    Tito D. Chavez, Esq.
    Linda M. Matteucci, Esq.
    Attorneys for Bernalillo County Attorney

    Robert M. White, Esq.
    Richard A. Sandoval, Esq.
    Attorneys for City of Albuquerque

    Jerry A. Walz, Esq.
    Walz and Associates
    Attorney for State of New Mexico